# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Alexander Taylor

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

USA
PRB
And i plan on appealing MSR revocation order

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 25-50113
(To be supplied by the Clerk of this Court)

RECEIVED
MAR 11 2025
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

**CHECK ONE ONLY:**

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Alexander TAYLOR

B. List all aliases: none

C. Prisoner identification number: K66478

D. Place of present confinement: Dixon Penititiary

E. Address: 2600 N Brinton Ave

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: United States of America

Title: CPD, PRB cook county officers Dixon

Place of Employment: Officers at Dixon CPD PRB

B. Defendant: PRB

Title: 

Place of Employment: Officers Reggie Nichol

C. Defendant: Officers Mr Wang

Title: 

Place of Employment: 

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Since 1998 I have been a victim of police brutality wrongful imprisonment false arrest and sexual harasment by CPD Reggie Nichols PPB orange crush spent a total of 31 years in prison and was and still going on innocent because I couldn't finannce a paid attorney had to spend and curently locked up just because I'm black and poor citizens and police has violated my rights constantly over the years caused me serious health problems and emotional damage and serious back problems and body pain from the many beatings from

4

Revised 9/2007

The TACT team and CPD federal agents done told over 1,000 lies on me under oath in court got caught in there lies and did not spend 1 day in jail for perjury causing me to end up homeless and my mom died im prediabetic I have body aches and pain phycological damage and brain trauma they even refused to give me my SST benefits when I was on parole last year Reggie Nichols lied on me in 1998 and my own sister that he was beating up and that chinese man attacked me first in China Town that im currently locked up for the police are liars racist bullies with badges The New KKK I dont know what to do Im scared all the time I do self defense Im in jail please help

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek monetary damages I want the courts and defendents to pay me $900,000,000,000.00 dollars in money and I seek for all the defendants to be brought up on criminal charges and clear my record of all these bogus allegations

VI. The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  Feb  day of  25 , 20 25

_Alexander Taylor_
(Signature of plaintiff or plaintiffs)

Alexander TAYLor
(Print name)

K66478
(I.D. Number)

2600 N. Brinton Ave
Dixon IL 61021
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]